IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**KERIUM ALLEN GARRICK, SR.** : **CIVIL ACTION**
:
**v.** :
:
**CITY OF PHILADELPHIA, et al.** : NO. 17-3601

## ORDER

AND NOW, this 5th day of September 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**/s/ Legrome D. Davis**
**LEGROME D. DAVIS, J.**